[No. 13759-3-II.   Division Two.   August 25, 1992.]

WILLIAM B. DAVIDSON, JR., ET AL, *Respondents*, v. LEONE
A. RICHMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 88-2-00269-9, William E. Howard, J., entered March 26, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 13724-1-II.   Division Two.   August 25, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. RONALD
L. ADKISSON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-5-00178-4, Alan R. Hallowell, J., entered February 23, 1990. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander and Seinfeld, JJ.

[Nos. 11548-8-III; 11838-0-III.   Division Three.   August 25, 1992.]

STEPHEN D. GIBB, *Individually, as Guardian, and as Personal Representative,* ET AL, *Appellants*, v.
CRAIG P. JANETT, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Whitman County, No. 86-2-00129-6, Harold D. Clarke, J., entered March 21 and September 4, 1991. *Reversed* by unpublished opinion per Webster, J., concurred in by Munson and Sweeney, JJ.